Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:         Clerk, U.S. Bankruptcy Court

Re:         UNDISTRIBUTED FUNDS

Case No.:   6:11-bk-11504-DS

Debtor(s):  VERSIA HODGES
            13393 NORTH AVE
            CHINO, CA  91710

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
| --- | --- |
| VERSIA HODGES<br>13393 NORTH AVE.<br>CHINO, CA 91710 | $461.64 |

Dated: _____5/12/11_____          _____
                                            Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

ROD DANIELSON Chapter 13 Trustee                                    Check #: 0349868
Payee: US BANKRUPTCY COURT                                           Date: May 12, 2011

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 1111504 | VERSIA HODGES | | 00000 | 461.64 | 0.00 | 461.64 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT      TOTALS:      461.64      0.00      461.64

DO NOT ACCEPT THIS CHECK UNLESS THE PINK LOCK & KEY ICONS FADE WHEN WARMED AND YOU CAN SEE HEXAGONS IN A DUAL-TONE TRUE WATERMARK WHEN HELD TO THE LIGHT

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

VERSIA HODGES
BALANCE:      [0.00  Claim:00000]
ACCT:
PRINCIPAL: 461.64

CASE: 1111504
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
818 West Seventh St., #220
Los Angeles, CA 90017

| CHECK NUMBER |
|---|
| 0349868 |

| CHECK DATE | AMOUNT |
|---|---|
| May 12, 2011 | ********461.64** |

VOID 45 DAYS FROM DATE

PAY    Four Hundred Sixty One And 64 / 100 Dollars

TO THE
ORDER OF
**US BANKRUPTCY COURT**
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA  92501

Rod Danielson

⑈0349868⑈ ⑆122044300⑇ ⑈030⑈100078⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS—COLOR WILL FADE AND THEN REAPPEAR ON AN AUTHENTIC CHECK—IF COLOR DOES NOT FADE DO NOT ACCEPT